IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF HANLON, individually and on behalf of all others similarly situated, ) | Civil Action No. 2:11-cv-00987-GLL |
| ) | |
| Plaintiff, ) | |
| ) | Electronically Filed |
| v. ) | |
| ) | |
| PALACE ENTERTAINMENT HOLDINGS, LLC, FESTIVAL FUN PARKS, LLC and DOES 1 through 10, inclusive, ) | Chief Judge Gary L. Lancaster |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 5th day of December, 2011, it is hereby ORDERED, ADJUDGED and DECREED that the Parties' Joint Motion to Reschedule Status Conference and Convert it into a Preliminary Approval Hearing is GRANTED. The Parties are directed to file a Joint Motion for Preliminary Approval of Class Action Settlement on or before December 9, 2011. This Court will hold a Hearing on December 20, 2011 at 10:00 a.m. at which the Court will consider the Parties' Joint Motion for Preliminary Approval of Class Action Settlement.

_____
The Honorable Gary L. Lancaster