IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFF HANLON, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 2:11-cv-00987-GLL |
| Plaintiff, | ) ) ) | Electronically Filed |
| v. | ) ) | |
| PALACE ENTERTAINMENT HOLDINGS, LLC, FESTIVAL FUN PARKS, LLC and DOES 1 through 10, inclusive, | ) ) ) ) ) | Chief Judge Gary L. Lancaster |
| Defendants. | ) ) | |

~~[PROPOSED]~~ CONSENT ORDER

AND NOW, this 30th day of March, 2012, it is hereby ORDERED AS FOLLOWS:

Defendants Palace Entertainment Holdings, LLC and Festival Fun Parks, LLC (collectively, "Palace") agree to and shall remain in full compliance with Section 1681c(g)(1) of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FACTA"), by continuing to truncate all but the last five (5) digits of customer credit and/or debit card account numbers from the customer copy of receipts presented to customers in Palace amusement parks and continuing to truncate credit and/or debit card expiration dates from the customer copy of receipts presented to customers in Palace amusement parks.

BY THE COURT:

_____
The Honorable Gary L. Lancaster
United States District Court Judge

CONSENTED TO:

/s/ John M. McIntyre

*Counsel for Defendants Palace Entertainment Holdings, LLC and Festival Fun Parks, LLC*

/s/ R. Bruce Carlson

*Counsel for Plaintiff*