IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF HANLON, individually and on behalf of all others similarly situated, ) | Civil Action No. 2:11-cv-00987-GLL |
| ) | |
| Plaintiff, ) | |
| ) | Electronically Filed |
| v. ) | |
| ) | |
| PALACE ENTERTAINMENT HOLDINGS, LLC, FESTIVAL FUN PARKS, LLC and DOES 1 through 10, inclusive, ) | Chief Judge Gary L. Lancaster |
| ) | |
| Defendants. ) | |

~~[PROPOSED]~~ ORDER

AND NOW, this 30th day of March, 2012, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Payment of Plaintiff Incentive Award is GRANTED. Consistent with the terms of the Settlement Agreement, Defendants are directed to pay Class Counsel attorneys' fees and costs of $225,000.00 and Plaintiff an incentive payment of $2,500.00.

BY THE COURT:

_____
HONORABLE GARY L. LANCASTER